No. 80. MATT WALSER v. CITY OF SIOUX FALLS. Error to the Municipal Court of the City of Sioux Falls, State of South Dakota. Submitted October 15, 1923. Decided October 22, 1923. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of: (1) *Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.*, 228 U. S. 596, 600; *Pennsylvania Hospital* v. *Philadelphia*, 245 U. S. 20, 24; (2) *Chapin* v. *Fye*, 179 U. S. 127, 130; *Hunter* v. *Pittsburgh*, 207 U. S. 161, 176; *Booth* v. *Indiana*, 237 U. S. 391, 394; *Gasquet* v. *Lapeyre*, 242 U. S. 367, 369; (3) *Vigliotti* v. *Pennsylvania*, 258 U. S. 403, 408. *Mr. Joe Kirby* for plaintiff in error. *Mr. Joe H. Kirby* and *Mr. Thos. H. Kirby* were also on the brief. *Mr. R. W. Parliman* and *Mr. W. G. Porter* for defendant in error. *Mr. R. W. Parliman, Jr.,* was also on the brief.